IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KEVIN WALTER SMITH,

      Petitioner,

                                  Case No.  5D23-424
v.                                LT Case No. 16-2021-CF-007769


STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed  January 20,2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 3, 2022 judgment and sentence rendered in Case No. 16-2021-

CF-007769, in the Circuit Court in and for Duval County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, HARRIS and BOATWRIGHT,  JJ., concur.